IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>HAES CONTRACTING, INC., *et al.*<br><br>              Defendants. | Case No. 14-CV-03135 |

ORDER AMENDING FINAL PROGRESSION ORDER

This matter is before the Court upon a Joint Stipulation by All Parties to amend the Final Progression Order (Filing No. 22). The Court, being fully advised, accepts the Stipulation.

WHEREFORE IT IS HEREBY ORDERED THAT the Final Progression Order (Filing No. 17) is hereby amended as follows:

1. Paragraph 6 is hereby amended to provide: The deadline for completing written discovery under Rule 33 through 36 of the Federal Rules of Civil Procedure is March 17, 2015. Motions to compel Rule 33 through 36 discovery must be filed by March 30, 2015.

2. Paragraph 7 is hereby amended to provide: The deadline identifying expert witnesses expected to testify at trial, both retained experts (Fed. R. Civ. Pro. 26(a)(2)(B)) and non-retained experts (Fed R. Civ. Pro. 26(a)(2)(C)) is February 5, 2015.

2

3. Paragraph 8 is hereby amended to provide: The deadline for completing expert disclosures for all experts expected to testify at trial, both retained (Fed. R. Civ. Pro. 26(a)(2)(B)) and non-retained experts (Fed R. Civ. Pro. 26(a)(2)(C)) is February 15, 2015.

4. Paragraph 9 is hereby amended to provide: The deposition deadline is March 17, 2015.

5. The parties stipulate that all other deadlines and timelines set forth in the Progression Order should remain in place.

IT IS SO ORDERED this 16th day of January, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge