IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY, Company, An Iowa Cotporation;<br><br>Plaintiff,<br><br>vs.<br><br>HAES CONTRACTING, INC., A Nebraska Corporation; SCOTT HAES, an individual; and MARCIE HAES, an individual;<br><br>Defendants. | 4:14CV3135<br><br>**ORDER** |

As requested in the parties' stipulation, (filing no. 26), which is hereby approved,

IT IS ORDERED that the progression order is amended as follows:

1) The deadline for identifying expert witnesses expected to testify at trial by either party, both retained experts (Fed. R. Civ. Pro. 26(a)(2)(B)) and non-retained experts (Fed R. Civ. Pro. 26(a)(2)(C)), is extended to March 19. 2015.

2) The deadline for completing expert disclosures for all experts expected to testify at trial, both retained (Fed. R. Civ. Pro. 26(a)(2)(B)) and non-retained experts (Fed R. Civ. Pro. 26(a)(2)(C)), is extended to April 3, 2015.

3) The deadline for filing motions to exclude testimony on *Daubert* or related grounds is extended to April 17, 2015.

4) All other deadlines and timelines set forth in the progression order are unchanged.

March 10, 2015.                                                BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge