IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY, Company, An Iowa Corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>HAES CONTRACTING, INC., A Nebraska Corporation; SCOTT HAES, an individual; and MARCIE HAES, an individual;<br><br>    Defendants. | 4:14CV3135<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED that on or before May 7, 2015:

1) The defendants shall either disclose their identified expert's report and provide a date for the expert's deposition, or notify the plaintiff that their identified expert is withdrawn.

2) Notify the undersigned magistrate judge if they want to schedule a settlement conference, whether the proceedings should be stayed pending any such conference, and the proposed timeframe and/or date for conducting any requested conference.

April 27, 2015.         BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge