IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, An Iowa Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:14CV3135 |
| v. | ) ) | |
| HAES CONTRACTING, INC., A Nebraska Corporation, SCOTT HAES, an individual, and MARCIE HAES, an individual, | ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

    Plaintiff has filed a motion for summary judgment (Filing 36) in which it "is only seeking a determination of liability." (Filing 37, Pls.' Br. Supp. Mot. Summ. J. at CM/ECF p. 10 n.1.) Defendants have filed a brief in response to Plaintiff's motion for summary judgment "consent[ing] to a judgment as to liability" and requesting that the court "grant[] the Plaintiff's Motion for Summary Judgment, but only as to the issue of liability." (Filing 45.)

    Accordingly,

    IT IS ORDERED:

    1.    Plaintiff's motion for summary judgment (Filing 36) is granted as to liability;

    2.    Final judgment shall be entered after resolution of the issue of damages.

DATED this 8th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.