IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, An Iowa Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:14CV3135 |
| v. | ) ) | |
| HAES CONTRACTING, INC., A Nebraska Corporation, SCOTT HAES, An Individual, and MARCIE HAES, An Individual, | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Upon the suggestion of bankruptcy (Filing 48) filed by counsel for the defendants,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 31st day of July, 2015.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge