IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, An Iowa Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:14CV3135 |
| v. | ) ) ) | |
| HAES CONTRACTING, INC., A Nebraska Corporation, SCOTT HAES, An Individual, and MARCIE HAES, An Individual, | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

The defendants in this matter filed a suggestion of bankruptcy on July 29, 2015 (Filing 48), and this case was referred to the bankruptcy court thereafter. (Filing 50.) This matter is before the court upon the Reports and Recommendations (Filings 51 & 52) of the United States Bankruptcy Judge, who recommends pursuant to the December 2014 amendments to NEGenR 1.5(a)(1), that (a) the referral of this adversary proceeding be withdrawn; and (b) all proceedings in this court should be stayed until such time as the automatic stay is lifted or the bankruptcy case is dismissed. No objection to the Report and Recommendation has been filed by any party within the time permitted by NEGenR 1.5(b)(2). I will adopt the Report and Recommendation.

IT IS ORDERED:

1. Pursuant to the Reports and Recommendations of the United States Bankruptcy Judge (Filings 51 & 52), the referral of this matter to the bankruptcy court is withdrawn;

2. Pursuant to NEGenR 1.5(a)(1), all proceedings in this court with regard to this case shall be stayed as to all defendants, who are the parties in bankruptcy, until such time as a party requests referral of this case to the bankruptcy court, the automatic stay is lifted, or the bankruptcy case is dismissed;

3. The parties shall file a status report in this court regarding the debtors' bankruptcy proceedings, beginning on October 20, 2015, and every 60 days thereafter; and

4. The Clerk of Court shall provide Magistrate Judge Zwart with a copy of this order.

DATED this 25th day of August, 2015.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.